ETTA ROTH, Respondent, v. NATIONAL AUTOMOBILE
    MUTUAL CASUALTY COMPANY, Appellant.

*Appeal — judgment of Appellate Division affirming determination of
    Appellate Term affirming judgment of Municipal Court — appeal
    without permission to Court of Appeals dismissed.*

Roth v. Nat. Automobile Mutual Casualty Co., 202 App. Div. 667,
appeal dismissed.

(Argued March 14, 1923; decided April 17, 1923.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered July 25, 1922, which affirmed a determination
of the Appellate Term affirming a judgment of the
Municipal Court of the city of New York in favor of
plaintiff.

*Theodore H. Lord* for appellant.

*Harold R. Medina* and *Charles S. Rosenthal* for
respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.